MAY 1, 1991

No. 90–6534. MICHEAUX v. COLLINS, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

MAY 8, 1991

No. 90–1417. IN RE ITAKURA. Petition for writ of mandamus dismissed under this Court's Rule 46.

MAY 13, 1991

No. — – ——. FOSTER v. RUTGERS, THE STATE UNIVERSITY, ET AL. Motion to direct the Clerk to file petition for writ of cer-tiorari typed on paper which is 8½ by 11 inches denied.

No. D–970. IN RE DISBARMENT OF MAXWELL. Disbarment entered. [For earlier order herein, see 498 U. S. 1118.]

No. D–972. IN RE DISBARMENT OF PENNELL. Disbarment entered. [For earlier order herein, see 499 U. S. 901.]

No. D–973. IN RE DISBARMENT OF SHANZER. Disbarment entered. [For earlier order herein, see 499 U. S. 902.]

No. D–976. IN RE DISBARMENT OF HESS. Disbarment en-tered. [For earlier order herein, see 499 U. S. 902.]

No. D–979. IN RE DISBARMENT OF MCSHIRLEY. Disbarment entered. [For earlier order herein, see 499 U. S. 902.]

No. D–980. IN RE DISBARMENT OF MILLER. Disbarment en-tered. [For earlier order herein, see 499 U. S. 903.]

No. D–987. IN RE DISBARMENT OF BALLARD. F. Michael Ballard, of Fairfax, Va., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on March 25, 1991 [499 U. S. 934], is hereby discharged.